# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER D.S. SUDDUTH, | NO. CV 16-03561-CAS (AS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DAVE DAVEY, Warden, | |
| Respondent. | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: June 3, 2016.

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE